IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES COSCIA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-3259 |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, et al. | : | |

## ORDER

AND NOW, this 7th day of October, 2015, upon careful and independent consideration of Petitioner James Coscia's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 and Respondents' response thereto, and after de novo review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, to which no objections have been filed,[1] it is ORDERED:

1.  The Report and Recommendation (Document 11) is APPROVED and ADOPTED;

2.  Coscia's Petition for Writ of Habeas Corpus (Document 3) is DENIED with prejudice and DISMISSED without an evidentiary hearing;

3.  There is no probable cause to issue a certificate of appealability; and

4.  The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on July 28, 2015, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). After the Court's initial mailing to Coscia was returned by the U.S. Postal Service, the Report and Recommendation was re-sent to Coscia at an updated address on August 10, 2015. The later mailing was not returned to the Court, and, as of today's date, no objections have been filed.